WILLIAM H. WILSON *v.* DEPARTMENT OF PUBLIC UTILITY CONTROL ET AL.
(11959)

LAVERY, FREEDMAN and SPEAR, Js.

Argued May 4—decision released May 24, 1994

*John L. Laudati,* with whom, on the brief, was *Philip N. Walker,* for the appellant (plaintiff).

*Tatiana D. Sypko,* assistant attorney general, with whom were *Robert S. Golden, Jr.,* assistant attorney general, and, on the brief, *Richard Blumenthal,* attorney general, for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.